**Order entered October 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00852-CR

### HECTOR MANUEL CARREON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-11409-Q**

### ORDER

On October 15, 2020, the clerk's office filed a supplemental clerk's record, followed within twenty-eight minutes, by a corrected supplemental clerk's record. We **STRIKE** the supplemental clerk's record filed at 2:47 p.m. on October 15, 2020.

Before the Court is appellant's pro se request for an extension of time to file his pro se response. We **GRANT** the request and **ORDER** appellant's pro se response filed by January 12, 2021.

/s/     BILL PEDERSEN, III
JUSTICE